# EXHIBIT A

224th District Court

# Case Summary
### Case No. 2022CI14300

| | | |
|---|---|---|
| MARIA CORTES VS FREEDOM MORTGAGE CORPORATION | § § § | Location: **224th District Court**<br>Judicial Officer: **224th, District Court**<br>Filed on: **07/29/2022** |

## Case Information

Case Type: **OTHER CIVIL CASES**
Case Status: **07/29/2022  Pending**

## Assignment Information

**Current Case Assignment**
Case Number      2022CI14300
Court            224th District Court
Date Assigned    07/29/2022
Judicial Officer 224th, District Court

## Events and Orders of the Court

07/29/2022    New Cases Filed (OCA)

07/29/2022    PETITION

08/01/2022    CASH BOND      (Judicial Officer: 224th, District Court)
              *$100.00 TRO CASH DEPOSIT IN LIEU OF BOND*

08/01/2022    TEMPORARY RESTRAINING ORDER (OCA)    (Judicial Officer: TORRES, TINA)
              *SETTING BOND & NOTICE OF HEARING*

08/11/2022    **SETTING ON TEMPORARY RESTRAINING ORDER**   (9:00 AM)